FILED

08 JUL 29 AM 10: 13

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>Victor RUIZ-Reyes<br><br>            Defendant. | Magistrate's Case No. '08 MJ 2314<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 841(a)(1)<br>Possession of a Controlled<br>Substance with Intent to<br>Distribute |

The undersigned complainant duly sworn states:

That on or about July 28, 2008, within the Southern District of California, defendant Victor RUIZ-Reyes, did knowingly and intentionally possess with intent to distribute approximately 233.33 kilograms (514.4 pounds) of marijuana, a Schedule I Controlled Substance, in violation of Title 21 United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____ Special Agent
Gerard A. Jernegan, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, July 29, 2008.

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
    v.
Victor RUIZ-Reyes

## STATEMENT OF FACTS

Based on reports from the United States Border Patrol, I, Special Agent Gerard Jernegan, believe the following is true and correct:

On July 28, 2008 at approximately 9:00 AM, Remote Video Surveillance System (RVSS) operators notified agent Victor Vega that a gold colored minivan was traveling eastbound along the All-American canal approximately five miles east of the Calexico, California Port of Entry (POE).

Agents from the Calexico Station have previously apprehended numerous smuggling loads containing both narcotics and illegal aliens that originated in this area. As the minivan came to a stop, three unidentified men were observed exiting the reeds of the All-American Canal carrying large black duffel bags and loading them into the gold minivan. Once the minivan was loaded, it traveled northbound along the west bank of the Ash Canal.

Agent Vega responded to the area and was able to make and maintain visual contact with the vehicle as it continued to travel northbound to Highway 98. Once at Highway 98, the minivan traveled westbound towards Calexico. As the vehicle passed Agent Vega's position, Agent Vega was able to clearly see one large black bag in the passenger seat of the vehicle as described by RVSS operators.

When the vehicle was approximately one half mile from Barbara

Worth road, agents deployed Controlled Tire Deflation Devices (CTDD) and in an attempt to stop the vehicle. Agents activated their emergency equipment and lights indicating for the driver of the minivan to stop. The driver of the vehicle refused to yield and continued driving westbound. After approximately three quarters of a mile and only after all four tires were deflated the minivan came to a stop along the side of the highway.

Agents Vega and Vega-Torres approached the minivan and identified themselves as USBP Agents. Agent Vega-Torres conducted a field interview and determined that RUIZ-Reyes was in the United States illegally. As a result, RUIZ-Reyes was arrested. A subsequent search of the 1991 gold Plymouth Voyager minivan revealed 45 wrapped packages of a substance consistent with the appearance of marijuana. At the Calexico Station, the packages tested positive for the presence of marijuana. A total of approximately 233.3 kilograms (514.4 pounds) of marijuana was seized.

At approximately 1:45 PM, DEA Special Agents Gerard Jernegan and Michael Ortiz, and Border Patrol Agent Jorge Rivera-Navarro conducted an interview of RUIZ-Reyes, in Spanish, at the USBP Station in Calexico, California. BPA Rivera-Navarro then read the Spanish side of a DEA-13A card to RUIZ-Reyes. RUIZ-Reyes understood his rights and agreed to speak with agents.

RUIZ-Reyes stated that he knew that he was transporting "something bad" and indicated that he thought the bags contained marijuana, cocaine, or money. He stated that he was to be paid $2,000 USC for driving the vehicle to the "2nd Stop sign" as

indicated on a hand written map found in the minivan following his arrest. At approximately 2:30 PM, the interview was concluded.