```
                                        FILED
                                       AUG 26 2008
                                   CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                  BY            DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2839-JM |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute (Felony) |
| VICTOR RUIZ-REYES, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about July 28, 2008, within the Southern District of California, defendant VICTOR RUIZ-REYES, did knowingly and intentionally possess, with intent to distribute, 100 kilograms or more, to wit: approximately 233.33 kilograms (514.40 pounds) of Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: Aug 26, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:San Diego
7/31/08