AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| VICTOR RUIZ-REYES | CASE NUMBER: 08cr2839-JM |

    I, <u>VICTOR RUIZ-REYES</u>, the above named defendant, who is accused of committing the following offense:

    Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/26/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Victor Migel Reyes_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer



FILED
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY